JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA, an individual, | Case No. 2:24-cv-02670-AB-JC |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| NEW HAMPSHIRE BALL BEARINGS, INC., a New Hampshire Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **20 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 5, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.